Submitted on record and appellant's brief September 6, reversed and remanded September 26, 1977

STATE OF OREGON, *Respondent,*

*v.*

ADAM DIETZ, SR., *Appellant.*

(No. T 57319, CA 8401)

569 P2d 58

M. D. Van Valkenburgh, Heisler, Van Valkenburgh & Coats, The Dalles, filed the brief for appellant.

James A. Redden, Attorney General, and Thomas H. Denney, Assistant Attorney General, appeared for respondent.

Before Schwab, Chief Judge, and Tanzer and Joseph, Judges.

PER CURIAM.

## PER CURIAM.

The state confesses error.

Reversed and remanded.